UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE H. MARTINEZ, | 1:11-cv-01661-DLB (HC) |
| Petitioner, | |
| v. | SECOND ORDER REQUIRING PETITIONER TO INFORM THE COURT WHETHER HE WILL CONSENT TO JURISDICTION |
| A. HEDGPETH, | OF THE MAGISTRATE JUDGE |
| Respondent. | |

  Petitioner is a state prisoner proceeding pro se with a habeas corpus action pursuant to 28 U.S.C. § 2254. On December 1, 2011, the Clerk of the Court mailed a consent/decline form to petitioner, with information and instructions for informing the Court whether he would consent to Magistrate Judge jurisdiction.  Petitioner has not returned the consent/decline form.

  Accordingly, petitioner is ORDERED to tell the Court whether he will consent to Magistrate Judge Jurisdiction. Petitioner must complete and return the consent/decline form within thirty (30) days. Failure to follow this order will result in a recommendation that this action be dismissed pursuant to Local Rule 110.

  The Clerk of the Court is DIRECTED to send to petitioner another copy of the consent/decline form and the instructions for consent to Magistrate Judge jurisdiction.

  IT IS SO ORDERED.

  Dated:   **January 18, 2012**        **/s/ Dennis L. Beck**
                    UNITED STATES MAGISTRATE JUDGE